1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ruthee Goldkorn
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | RUTHEE GOLDKORN,                         ) No.  4:15-cv-01561-JSW
                                              )
12 |         Plaintiff,                       ) **SECOND STIPULATION TO CONTINUE**
                                              ) **DATES UNDER GENERAL ORDER 56;**
13 |    vs.                                   ) [PROPOSED] **ORDER**
                                              )
14 | CIM OAKLAND CITY CENTER, LLC, dba        )
   | OAKLAND MARRIOTT CITY CENTER, et         )
15 | al.,                                     )
                                              )
16 |         Defendants.                      )
                                              )
17 |                                          )

18

19        **WHEREAS,** Plaintiff, Ruthee Goldkorn ("Plaintiff"), has brought this action against

20 Defendants, CIM/Oakland City Center, LLC, dba Oakland Marriott City Center, DiNapoli

21 Capital Partners LLC ("DiNapoli"), and AGRE DCP Oakland City Center Owner LLC,

22 alleging violations of Title III of the Americans with Disabilities Act seeking to have barriers

23 to her access removed from the Oakland Marriott City Center hotel located at 1001 Broadway

24 in Oakland, California ("the Facility"), and this matter therefore proceeds under the procedural

25 requirements of General Order 56;

26        **WHEREAS,** Defendant DiNapoli was dismissed without prejudice on July 15, 2015

27 (Dkt. 12);

28 //

1      **WHEREAS,** on April 6, 2015, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) which set the last date for parties to conduct a joint site inspection of the subject property as July 20, 2015;

**WHEREAS,** on July 16, 2015, pursuant to the parties' stipulation, the Court continued the last date for the parties to conduct their joint site inspection to October 9, 2015;

**WHEREAS,** the parties are involved in meaningful settlement discussions and are cautiously optimistic that a settlement can be reached, and therefore wish to avoid the additional cost of the joint site inspection while they reach a settlement, or alternatively fully exhaust their settlement efforts;

**WHEREAS,** the parties have agreed to conduct the joint site inspection on November 20, 2015 should a settlement not be reached by that date.

**NOW, THEREFORE,** the parties hereby stipulate that the joint site inspection required pursuant to General Order 56 ¶ 3 shall take place on November 20, 2015 unless a settlement of this action is reached prior thereto, and that all other dates and deadlines under General Order 56 which are triggered by the joint site inspection shall be calculated accordingly.

**IT IS SO STIPULATED**.

Dated:  October 9, 2015           MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Ruthee Goldkorn

Dated:  October 9, 2015           SEYFARTH SHAW LLP

                                  */s/ Kristina M. Launey*
                                  Kristina M. Launey
                                  Attorneys for Defendants,
                                  CIM/Oakland City Center
                                  and AGRE DCP Oakland City Center Owner LLC

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the joint site inspection required pursuant to General Order 56, ¶ 3, shall take place on November 20, 2015 unless a settlement of the action is reached prior to November 20, 2015, and that all other dates and deadlines under General Order 56 which are triggered by the joint site inspection shall be calculated accordingly.

**IT IS SO ORDERED**.

Dated: October 13, 2015

_____
United States District Judge

SECOND STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 3