Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ruthee Goldkorn

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendants
CIM/OAKLAND CITY CENTER, LLC
dba OAKLAND MARRIOTT CITY CENTER and
AGRE DCP OAKLAND CITY CENTER OWNER LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CIM OAKLAND CITY CENTER, LLC, dba OAKLAND MARRIOTT CITY CENTER, et al.,<br><br>    Defendants. | No.  4:15-cv-01561-JSW<br><br>**FIFTH STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56;** [PROPOSED] **ORDER** |

**WHEREAS,** Plaintiff, Ruthee Goldkorn ("Plaintiff"), has brought this action against Defendants, CIM/Oakland City Center, LLC, dba Oakland Marriott City Center, DiNapoli Capital Partners LLC ("DiNapoli"), and AGRE DCP Oakland City Center Owner LLC,

FIFTH STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 1

23616844v.1

1    alleging violations of Title III of the Americans with Disabilities Act seeking to have barriers
2    to her access removed from the Oakland Marriott City Center hotel located at 1001 Broadway
3    in Oakland, California ("the Facility"), and this matter therefore proceeds under the procedural
4    requirements of General Order 56;

5    **WHEREAS,** Defendant DiNapoli was dismissed without prejudice on July 15, 2015
6    (Dkt. 12);

7    **WHEREAS,** on April 6, 2015, the Court issued its Scheduling Order for Cases
8    Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) which
9    set the last date for parties to conduct a joint site inspection of the subject property as July 20,
10   2015;

11   **WHEREAS,** on July 16, 2015, pursuant to the parties' stipulation, the Court continued
12   the last date for the parties to conduct their joint site inspection to October 9, 2015;

13   **WHEREAS**, on July 17, 2015, Plaintiff filed a Second Amended Complaint adding
14   AGRE DCP Oakland City Center Owner LLC as a defendant;

15   **WHEREAS,** on December 1, 2015, pursuant to the parties' fourth stipulation, the
16   Court continued the last date for the parties to conduct their joint site inspection to December
17   21, 2015;

18   **WHEREAS,** the parties are working together cooperatively and have made substantial
19   progress towards settlement since December 1, 2015, but given the size of the subject property
20   and the scope of equitable issues to be resolved, they still require additional time to work
21   towards a final settlement, and wish to avoid the additional cost of the joint site inspection
22   while concluding settlement negotiations;

23   **WHEREAS,** the parties have agreed to conduct the joint site inspection on January 14,
24   2016 should a settlement not be reached by that date.

25   **NOW, THEREFORE,** the parties hereby stipulate that the joint site inspection
26   required pursuant to General Order 56 ¶ 3 shall take place on January 14, 2016 unless a
27   settlement of this action is reached prior thereto, and that all other dates and deadlines under
28   General Order 56 which are triggered by the joint site inspection shall be calculated

FIFTH STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER

accordingly.

**IT IS SO STIPULATED**.

Dated:  December 18, 2015                    MOORE LAW FIRM, P.C.

                                                                        */s/ Tanya E. Moore*
                                                                         Tanya E. Moore
                                                                         Attorney for Plaintiff,
                                                                         Ruthee Goldkorn

Dated:  December 18, 2015                    SEYFARTH SHAW LLP

                                                                         */s/ Kristina M. Launey*
                                                                         Kristina M. Launey
                                                                         Attorneys for Defendants,
                                                                         CIM/Oakland City Center
                                                                         and AGRE DCP Oakland City Center Owner LLC

FIFTH STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER

Page 3

23616844v.1

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the joint site inspection required pursuant to General Order 56, ¶ 3, shall take place on January 14, 2016 unless a settlement of the action is reached prior to that date, and that all other dates and deadlines under General Order 56 which are triggered by the joint site inspection shall be calculated accordingly.

**IT IS SO ORDERED**.

Dated: December 18, 2015

_____
United States District Judge

FIFTH STIPULATION TO CONTINUE DATES UNDER GENERAL ORDER 56; [PROPOSED] ORDER

Page 4

23616844v.1